AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

| Crostellis | | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | | **SUBSTITUTION OF ATTORNEY** |
| V. | | |
| Rep. of Argentina | | CASE NUMBER: 06cv15300 |
| Defendant (s), | | |

Notice is hereby given that, subject to approval by the court, __Juan Carlos Crostelli__ substitutes
(Party (s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __George A. Davidson, John Fellas & Russell W. Jacobs.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Milberg LLP
Address: One Pennsylvania Plaza, New York, NY 10119
Telephone: (212) 594-5300        Facsimile (212) 868-1229
E-Mail (Optional): mspencer@milberg.com

I consent to the above substitution.
Date: 1-31-15
(Signature of Party (s))

I consent to being substituted.
Date: 4.8.15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4.6.15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 12/7/2015
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2015