AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Crostellis

Plaintiff (s),

v.

Rep. of Argentina

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06cv15300

Notice is hereby given that, subject to approval by the court, __Viviana Crostelli__ substitutes
(Party (s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __George A. Davidson, John Fellas & Russell W. Jacobs.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Milberg LLP |
| Address: | One Pennsylvania Plaza, New York, NY 10119 |
| Telephone: | (212) 594-5300      Facsimile (212) 868-1229 |
| E-Mail (Optional): | mspencer@milberg.com |

I consent to the above substitution.
Date: 1-31-15

(Signature of Party (s))

I consent to being substituted.
Date: 4.6.15

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4.6.15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/7/2015

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: