✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | **District of** | New York |
|---|---|---|

| Crostellis | **CONSENT ORDER GRANTING** |
|---|---|
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| Rep. of Argentina | **CASE NUMBER:**  06cv15300 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court,  Martina Crostelli  substitutes
(Party (s) Name)

Michael C. Spencer, Milberg LLP  , State Bar No.  1474162  as counsel of record in
(Name of New Attorney)

place of  George A. Davidson, John Fellas & Russell W. Jacobs.  .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Milberg LLP |
|---|---|
| Address: | One Pennsylvania Plaza, New York, NY 10119 |
| Telephone: | (212) 594-5300   Facsimile (212) 868-1229 |
| E-Mail (Optional): | mspencer@milberg.com |

I consent to the above substitution.

Date:  1-31-15

(Signature of Party (s))

I consent to being substituted.

Date:  4. 8. 15

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  4.6. 15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  12/7/2015

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: